SCWC-16-0000537 and SCWC-16-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KENNETH M. SKAHAN,
Petitioner/Claimant-Appellant,

vs.

STUTTS CONSTRUCTION COMPANY, INC.,
Respondent/Employer-Appellee,

and

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Insurance Carrier-Appellee.
(CAAP-16-0000537; CASE NO. AB 2014-043(WH); (9-02-01024))

----------------------------------------------------------------

KENNETH M. SKAHAN,
Petitioner/Claimant-Appellant,

vs.

STUTTS CONSTRUCTION COMPANY, INC.,
Respondent/Employer-Appellee,

and

FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Respondent/Insurance Carrier-Appellee.
(CAAP-16-0000538; CASE NO. AB 2014-042(WH); (9-13-54105))

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI</u>
(By:  Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant Kenneth M. Skahan's applications for writ of certiorari, filed on October 28, 2019 and November 14, 2019, are hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 11, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2